

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-10-00963-CV

Trial Court Cause
Number:    0760263

Style:    Jessica Bhan

   **v** Bryan James Danet; William Todd Kranz

Date motion filed[*]:    September 3, 2014

Type of motion:    Motion to file supplemental briefs and set briefing schedule

Party filing motion:    Joint

Document to be filed:    Supplemental briefs

Is appeal accelerated?  ☐ YES    ☒ NO

Ordered that motion is:

☒  Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐  Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other:  As the parties have requested, appellant's supplemental brief of up to 4,500 words is due by October 3, 2014. Appellees' supplemental brief of up to 4,500 words is due by November 3, 2014. Appellant may file a reply brief of up to 2,400 words no later than November 25, 2014.

Judge's signature: /s/ Terry Jennings
          ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justice Jennings, Justice Sharp, and Justice Brown

Date:  September 8, 2014